**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

ALOYSIUS A. SEAY,                                )
                                                 )
            Petitioner,                          )
                                                 )
v.                                               )    CIVIL ACTION NO. 02-G-1793-S
                                                 )
BILLY MITCHEM, WARDEN,                           )
and BILL PRYOR, ATTORNEY                         )
GENERAL FOR THE STATE OF                         )    **ENTERED**
ALABAMA,                                         )
                                                 )    AUG 2 0 2003
            Respondents.                         )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved.  The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be

dismissed with prejudice.

An appropriate order will be entered.

**DONE**, this 20th day of August, 2003.

_____
J. FOY GUIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE